# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**TONY GRIFFIN, SR.,**
**ADC #150964**                                                                                    **PLAINTIFF**

V.                              4:13-CV-00625-BRW-JTK

**MELANIE D. JONES-FOSTER**                                                      **DEFENDANT**

## ORDER

I have reviewed the proposed findings and recommendations of United States Magistrate Judge Jerome T. Kearney. There have been no timely objections. After a review of the proposed findings and recommendations, I adopt them in their entirety. Accordingly, Plaintiff's property allegation against Defendant is DISMISSED for failure to state a claim upon which relief may be granted.

IT IS SO ORDERED this 12th day of December, 2013.


/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

1