IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

TONY GRIFFIN, SR.                                                                                              PLAINTIFF
ADC #150964

v.                          No. 4:13CV00625 JLH-JTK

MELANIE D. JONES-FOSTER, Doctor,
Wrightsville Unit, Arkansas Department of Correction                                        DEFENDANT

## ORDER

Tony Griffin, Sr., has filed a motion requesting that this case be reassigned to the undersigned judge. Griffin apparently believes that this case has been assigned to United States Magistrate Judge Jerome T. Kearney instead of the undersigned. That is mistaken. Pursuant to 28 U.S.C. § 636, Fed. R. Civ. P. 72, and Local Rule 72.1, Magistrate Judge Kearney has been designated to hear and determine pretrial matters and to make recommendations for the resolution of any dispositive matters; but the case remains assigned to the undersigned judge for disposition of all dispositive matters and for hearing appeals from any pretrial matters. The motion is therefore denied as moot. Document #22.

IT IS SO ORDERED this 11th day of February, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE