**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

TONY GRIFFIN, SR.                                                                                          PLAINTIFF

v.                                        No. 4:13CV00625 JLH-JTK

MELANIE D. JONES-FOSTER                                                              DEFENDANT

**ORDER**

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a *de novo* review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that defendant's motion for summary judgment (Document #32) is GRANTED, and plaintiff's complaint against defendant is DISMISSED without prejudice.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 23rd day of October, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE