**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

TONY GRIFFIN, SR.                                                                                    PLAINTIFF

v.                                       No. 4:13CV00625 JLH-JTK

MELANIE D. JONES-FOSTER                                                                DEFENDANT

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice. The relief sought is denied.

IT IS SO ADJUDGED this 23rd day of October, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE